IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ADRIAN DESJUAN BISHOP, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-17-817-C |
| STATE OF OKLAHOMA, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on August 23, 2017. While Plaintiff has not filed a timely objection, he has filed a "True Sworn Statement," albeit five days out of time. Even if the Court considers this a properly-filed Objection and considers the matter de novo, it is not sufficient to overcome the conditions placed on Plaintiff or cure the defects noted by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismisses this civil rights complaint. A judgment will enter accordingly.

IT IS SO ORDERED this 27th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge